UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CORRECTION OFFICER SHELDON JOHNSON,

                Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08Civ. 04375 (RJH) (JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_    Specific Non-Dispositive Motion/Dispute:*

_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_    Settlement*

\_\_\_    Inquest After Default/Damages Hearing

\_\_\_    Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_\_    Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_    Habeas Corpus

\_X\_\_    Social Security

\_\_\_    Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: \_\_\_\_\_

---

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:    New York, New York
                May 20, 2008

                                          HON: Richard J. Holwell
                                          United States District Judge